

**NUMBER 13-14-00541-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FRANKLIN JONES,** **Appellant,**

**v.**

**TRINA L. VELASQUEZ,** **Appellee.**

---

**On appeal from the 343rd District Court
of Bee County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

Appellant, Franklin Jones, appearing pro se, has filed an application to proceed in forma pauperis.

Accordingly, we issue this notice and order, accompanied by "Application to Proceed in Forma Pauperis" to the trial court and the court reporter, and all parties. *See* Tex. R. App. P. 20.1. The deadline for filing a contest to Jones' request to proceed as

an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed the
31st day of October, 2014.